Entered: October 5, 2023
Signed:  October 5, 2023

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   23−13858 − NVA     Chapter:  7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Michael Scott Birch
*debtor has no known aliases*
3009 Green Road
White Hall, MD 21161

Social Security No.:   xxx−xx−0167

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 6/1/23.

The estate of the above−named debtor has been fully administered.

ORDERED, that Charles R. Goldstein is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** – *admin*